```
ARNISSA LACHELL HOLLOWAY        CENTRAL FINANCE                 NELNET
21 SAND BED LOOP                P.O. BOX 539                    P.O. BOX 82561
STATE LINE, MS 39362            WAYNESBORO, MS 39367            LINCOLN, NE 68501


THOMAS C. ROLLINS, JR.          COMENITY BANK                   SOUTHERN FINANCIAL SYS
THE ROLLINS LAW FIRM, PLLC      P.O. BOX 183044                 P.O. BOX 15203
P.O. BOX 13767                  COLUMBUS, OH 43218-3044         HATTIESBURG, MS 39404
JACKSON, MS 39236


1ST FRANKLIN FINANCIAL          COMMUNITY BANK                  TOWER LOAN
6335 US HWY 49                  POB 59                          POB 320001
SUITE 20                        FOREST, MS 39074                FLOWOOD, MS 39232
HATTIESBURG, MS 39401


1ST HERTGE CREDIT               CREDIT ONE BANK                 WAYNE GENERAL HOSPITAL
903 ROBINSON ST                 PO BOX 98872                    950 MATTHEW DRIVE
WAYNESBORO, MS 39367            LAS VEGAS, NV 89193             WAYNESBORO, MS 39367


AFFIRM, INC.                    FRANKLIN COLLECTION SE
P.O. BOX 720                    2978 W JACKSON ST
SAN FRANCISCO, CA 94104         TUPELO, MS 38801


BADCOCK FURNITURE               JONES CO JUNIOR COLLEG
CUSTOMER SERVICE DEPT           900 S COURT ST
PO BOX 497                      ELLISVILLE, MS 39437
MULBERRY, FL 33860


CAPITAL ONE                     LENDINGPOINT LLC.
PO BOX 31293                    1201 ROBERTS BOULEVARD
SALT LAKE CITY, UT 84131        KENNESAW, GA 30144


CASH NET USA                    MERCHANT ADJUSTMENT SE
200 WEST JACKSON BLVD           56 N FLORIDA ST
14TH FLOOR                      MOBILE, AL 36607
CHICAGO, IL 60606


CBW/CREDITFRESH                 MERCHANTS ADJ SERVICE
200 CONTINENTAL DRIVE           P.O. BOX 7511
NEWARK, DE 19713                MOBILE, AL 36670
```