# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Arnissa Lachell Holloway, Debtor        Case No. 25-51302-KMS
                                                 CHAPTER 13

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. That on September 3, 2025, Debtor filed the petition for relief under Chapter 13 in the instant cause.

3. That on or about October 12, 2022 Debtor filed a Chapter 13 proceeding, case number 22-51170, and said case dismissed on July 16, 2025.

4. That debtor filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on September 5, 2025, to:

By Electronic CM/ECF Notice:

  Case Trustee

  U.S. Trustee

            <u>/s/ Thomas C. Rollins, Jr.</u>
            Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-51302 |
|---|---|
| ARNISSA LACHELL HOLLOWAY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 9/5/2025, I did cause a copy of the following documents, described below,

Motion to Extend Stay and Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/5/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-51302 |
|---|---|
| ARNISSA LACHELL HOLLOWAY | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 9/5/2025, a copy of the following documents, described below,

Motion to Extend Stay and Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/5/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                              EXCLUDE

 LABEL MATRIX FOR LOCAL NOTICING        US BANKRUPTCY COURT                    1ST FRANKLIN FINANCIAL
NCRS ADDRESS DOWNLOAD                   DAN M RUSSELL  JR US COURTHOUSE        6335 US HWY 49
CASE 25-51302                           2012 15TH STREET  SUITE 244            SUITE 20
SOUTHERN DISTRICT OF MISSISSIPPI        GULFPORT  MS 39501-2036                HATTIESBURG  MS 39401
FRI SEP 5 9-19-42 PST 2025



1ST HERTGE CREDIT                       AFFIRM  INC                            (P)W S BADCOCK CORPORATION
903 ROBINSON ST                         PO BOX 720                             POST OFFICE BOX 724
WAYNESBORO   MS 39367-2455              SAN FRANCISCO  CA 94104-0720           MULBERRY FL 33860-0724



(P)CREDIT FRESH                         CAPITAL ONE                            CASH NET USA
200 CONTINENTAL DRIVE SUITE 401         PO BOX 31293                           200 WEST JACKSON BLVD
NEWARK DE 19713-4337                    SALT LAKE CITY   UT 84131-0293         14TH FLOOR
                                                                               CHICAGO  IL 60606-6929



CENTRAL FINANCE                         COMENITY BANK                          COMMUNITY BANK
PO BOX 539                              PO BOX 183044                          POB 59
WAYNESBORO   MS 39367-0539              COLUMBUS   OH 43218-3044               FOREST   MS 39074-0059



CREDIT ONE BANK                         FRANKLIN COLLECTION SE                 JONES CO JUNIOR COLLEG
PO BOX 98872                            2978 W JACKSON ST                      900 S COURT ST
LAS VEGAS   NV 89193-8872               TUPELO   MS 38801-6731                 ELLISVILLE  MS 39437-3999


                                                                               EXCLUDE

(P)LENDINGPOINT                         (P)MERCHANTS ADJUSTMENT SERVICE  INC   (D)(P)MERCHANTS ADJUSTMENT SERVICE  IN
1201 ROBERTS BLVD                       ATTN ATTN SHERI                        ATTN ATTN SHERI
SUITE 200                               PO BOX 7511                            PO BOX 7511
KENNESAW GA 30144-3612                  MOBILE AL 36670-0511                   MOBILE AL 36670-0511



NELNET                                  SOUTHERN FINANCIAL SYS                 (P)TOWER LOAN
PO BOX 82561                            PO BOX 15203                           P O BOX 320001
LINCOLN   NE 68501-2561                 HATTIESBURG   MS 39404-5203            FLOWOOD MS 39232-0001



EXCLUDE                                                                        DEBTOR

UNITED STATES TRUSTEE                   (P)WAYNE GENERAL HOSPITAL              ARNISSA LACHELL HOLLOWAY
501 EAST COURT STREET                   950 MATTHEW DRIVE                      21 SAND BED LOOP
SUITE 6 430                             WAYNESBORO MS 39367-2590               STATE LINE  MS 39362-5211
JACKSON   MS 39201-5022



(P)DAVID RAWLINGS                       THOMAS CARL ROLLINS JR
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE  THE ROLLINS LAW FIRM  PLLC
PO BOX 566                              PO BOX 13767
HATTIESBURG MS 39403-0566               JACKSON   MS 39236-3767
```