**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Arnissa Lachell Holloway, Debtor              Case No. 25-51302-KMS
                                                       CHAPTER 13

**<u>DECLARATION IN SUPPORT OF MOTION TO EXTEND THE
AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)</u>**

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.

2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.

3. I filed this bankruptcy petition on Septemder 3, 2025.

4. I previously filed bankruptcy case number 22-51170 under Chapter 13 on 10/12/2022 and that case was dismissed on 7/16/2025.

5. I have had no other pending bankruptcy cases in the preceding one-year period.

6. I have not had any prior cases dismissed in the past year for any of the following reasons:

   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.

7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows:

   I lost my job in the last case and couldn't get caught up on plan payments. I am now employed and able to make the plan payments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>09/03/2025</u>           <u>/s/ Arnissa Lachell Holloway</u>
                                          Arnissa Lachell Holloway