United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51302-KMS
Arnissa Lachell Holloway  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Sep 05, 2025      Form ID: hn006kms      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnissa Lachell Holloway, 21 Sand Bed Loop, State Line, MS 39362-5211 |
| 5559587 | + | Central Finance, P.O. Box 539, Waynesboro, MS 39367-0539 |
| 5559592 | + | Jones Co Junior Colleg, 900 S Court St, Ellisville, MS 39437-3999 |
| 5559583 | ++ | W S BADCOCK CORPORATION, POST OFFICE BOX 724, MULBERRY FL 33860-0724 address filed with court:, Badcock Furniture, Customer Service Dept, PO Box 497, Mulberry, FL 33860 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5559580 | | Email/Text: bankruptcy@1ffc.com | Sep 05 2025 20:34:00 | 1st Franklin Financial, 6335 Us Hwy 49, Suite 20, Hattiesburg, MS 39401 |
| 5559581 | + | Email/Text: bankruptcy@curo.com | Sep 05 2025 20:34:00 | 1st Hertge Credit, 903 Robinson St, Waynesboro, MS 39367-2455 |
| 5559582 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 05 2025 20:24:48 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5559586 | | Email/Text: bankruptcy@creditfresh.com | Sep 05 2025 20:33:00 | CBW/CreditFresh, 200 Continental Drive, Newark, DE 19713 |
| 5559584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 05 2025 20:40:56 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5559585 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Sep 05 2025 20:33:00 | Cash Net USA, 200 West Jackson Blvd, 14th Floor, Chicago, IL 60606-6929 |
| 5559588 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 05 2025 20:33:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 5559589 | + | Email/Text: lindsay.currie@communitybank.net | Sep 05 2025 20:33:00 | Community Bank, Pob 59, Forest, MS 39074-0059 |
| 5559590 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 05 2025 20:23:15 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5559591 | + | Email/Text: FSBank@franklinservice.com | Sep 05 2025 20:33:00 | Franklin Collection Se, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5559593 | | Email/Text: Bkynotices@lendingpoint.com | Sep 05 2025 20:33:00 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 5559594 | | Email/Text: sheri@masinc.org | Sep 05 2025 20:33:00 | Merchant Adjustment Se, 56 N Florida St, Mobile, AL 36607 |
| 5559595 | | Email/Text: sheri@masinc.org | Sep 05 2025 20:33:00 | Merchants ADJ Service, P.O. Box 7511, Mobile, AL 36670 |
| 5559596 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 05 2025 20:33:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5559597 | + | Email/Text: angiec@mysfsinc.com | Sep 05 2025 20:33:00 | Southern Financial Sys, P.O. Box 15203, |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 05, 2025 | Form ID: hn006kms | Total Noticed: 21 |

| | | | |
|---|---|---|---|
| 5559598 | Email/Text: bankruptcy@towerloan.com | | Hattiesburg, MS 39404-5203 |
| | | Sep 05 2025 20:33:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5559599 | Email/Text: twilliams@waynegeneralhospital.org | Sep 05 2025 20:33:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Arnissa Lachell Holloway trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form hn006kms (Rev. 10/18)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

　　Arnissa Lachell Holloway　　　　　　　　　　　　　　　　　CASE NO. 25−51302−KMS

　　　　DEBTOR.　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

### NOTICE OF HEARING AND DEADLINES

　　　The Debtor has filed a Motion to Extend Automatic Stay (the "Motion") (Dkt. #12) with the Court in the above−styled case.

　　　**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)

　　　The Court will hold a hearing on September 25, 2025, at 10:00 AM in the United States Courthouse, Courtroom 1, 109 South Pearl Street, Natchez, Mississippi, to consider and act upon the Motion.

　　　If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before September 23, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS, 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

　　　If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, and the debtor has filed a declaration in support of the motion, in accordance with Miss. Bankr. L.R. 4001−1(e)(1)(B) or 4001−1(f)(1)(A), the Court may grant the Motion without conducting a hearing.

　　Dated: 9/5/25　　　　　　　　　　　　　　　　　　Danny L. Miller, Clerk of Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dan M. Russell, Jr. U.S. Courthouse
　　　　　　　　　　　　　　　　　　　　　　　　　　　　2012 15th Street, Suite 244
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gulfport, MS 39501
　　　　　　　　　　　　　　　　　　　　　　　　　　　　228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

Parties Noticed:

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX