# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51302  **Case Name:** Arnissa Lachell Holloway

**Set:** 09/25/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Motion to Extend Automatic Stay Filed by Debtor Arnissa Lachell Holloway (Attachments: # 1 Declaration # 2 Proposed Order)  (Dkt. #12)

Minute Entry Re: (related document(s): [12] Motion to Extend Automatic Stay filed by Arnissa Lachell Holloway) A no response order has been submitted by Rollins. CA to pull order. Tickle for date: 10/02/2025. Hearing removed. (mcc)