United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51302-KMS

Arnissa Lachell Holloway  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Sep 24, 2025     Form ID: pdf012     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnissa Lachell Holloway, 21 Sand Bed Loop, State Line, MS 39362-5211 |
| 5559587 | + | Central Finance, P.O. Box 539, Waynesboro, MS 39367-0539 |
| 5562844 | + | Community Bank of Mississippi, Att: A Lindsey, 732 Howard Ave, Biloxi MS 39530-3820 |
| 5559592 | + | Jones Co Junior Colleg, 900 S Court St, Ellisville, MS 39437-3999 |
| 5559583 | ++ | W S BADCOCK CORPORATION, POST OFFICE BOX 724, MULBERRY FL 33860-0724 address filed with court:, Badcock Furniture, Customer Service Dept, PO Box 497, Mulberry, FL 33860 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5559580 | | Email/Text: bankruptcy@1ffc.com | Sep 24 2025 19:27:00 | 1st Franklin Financial, 6335 Us Hwy 49, Suite 20, Hattiesburg, MS 39401 |
| 5559581 | + | Email/Text: bankruptcy@curo.com | Sep 24 2025 19:27:00 | 1st Hertge Credit, 903 Robinson St, Waynesboro, MS 39367-2455 |
| 5559582 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 24 2025 19:36:50 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5559586 | | Email/Text: bankruptcy@creditfresh.com | Sep 24 2025 19:27:00 | CBW/CreditFresh, 200 Continental Drive, Newark, DE 19713 |
| 5559584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 24 2025 19:36:55 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5559585 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Sep 24 2025 19:27:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5559588 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 24 2025 19:27:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 5559589 | + | Email/Text: lindsay.currie@communitybank.net | Sep 24 2025 19:27:00 | Community Bank, Pob 59, Forest, MS 39074-0059 |
| 5559590 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 24 2025 19:36:53 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5559591 | + | Email/Text: FSBank@franklinservice.com | Sep 24 2025 19:27:00 | Franklin Collection Se, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5559593 | | Email/Text: Bkynotices@lendingpoint.com | Sep 24 2025 19:27:00 | LendingPoint LLC., 1201 Roberts Boulevard, Kennesaw, GA 30144 |
| 5559594 | | Email/Text: sheri@masinc.org | Sep 24 2025 19:27:00 | Merchant Adjustment Se, 56 N Florida St, Mobile, AL 36607 |
| 5559595 | | Email/Text: sheri@masinc.org | Sep 24 2025 19:27:00 | Merchants ADJ Service, P.O. Box 7511, Mobile, AL 36670 |
| 5559596 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 24 2025 19:27:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5567602 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 24, 2025 | Form ID: pdf012 | Total Noticed: 24 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | Sep 24 2025 19:27:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5559597 | + | Email/Text: angiec@mysfsinc.com | Sep 24 2025 19:27:00 | Southern Financial Sys, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5559598 | | Email/Text: bankruptcy@towerloan.com | Sep 24 2025 19:27:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5564710 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 24 2025 19:27:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln NE 68508-1904 |
| 5559599 | | Email/Text: twilliams@waynegeneralhospital.org | Sep 24 2025 19:27:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Arnissa Lachell Holloway trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: September 24, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Arnissa Lachell Holloway, Debtor          Case No. 25-51302-KMS
                                                    CHAPTER 13

ORDER ON MOTION TO EXTEND AUTOMATIC STAY

ON THIS DATE the Court considered the Motion for Extension of Automatic Stay (the "Motion") and Declaration in support thereof (Dkt. # 12) filed by the Debtor(s) and its "Standing Order Regarding Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order") and the Notice of Hearing and Deadlines (the "Hearing Notice") (Dkt. # 13) The Hearing Notice included an objection deadline, and provided that, if no objection to the Motion was timely filed by the stated deadline, then the Motion could be granted as unopposed. No objection to the extension of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED** and **ADJUDGED** that the Motion filed by the Debtor(s) is hereby GRANTED and the automatic stay is hereby **EXTENDED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(3)(B).

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR