# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51302  **Case Name:** Arnissa Lachell Holloway

**Set:** 11/18/2025 01:30 pm  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #22) - ORDER WITHDRAWING TO BE SUBMITTED BY WILSON; EMAIL RECEIVED FROM WILSON

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Wilson to submit an Order withdrawing the Objection filed by the Trustee [22]. Order due by 12/02/2025. Confirmation hearing removed. (mcc)