United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51302-KMS
Arnissa Lachell Holloway Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: n031 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnissa Lachell Holloway, 21 Sand Bed Loop, State Line, MS 39362-5211 |
| 5559587 | + | Central Finance, P.O. Box 539, Waynesboro, MS 39367-0539 |
| 5562844 | + | Community Bank of Mississippi, Att: A Lindsey, 732 Howard Ave, Biloxi MS 39530-3820 |
| 5559592 | + | Jones Co Junior Colleg, 900 S Court St, Ellisville, MS 39437-3999 |
| 5559583 | ++ | W S BADCOCK CORPORATION, POST OFFICE BOX 724, MULBERRY FL 33860-0724 address filed with court:, Badcock Furniture, Customer Service Dept, PO Box 497, Mulberry, FL 33860 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5559580 | | Email/Text: bankruptcy@1ffc.com | Dec 09 2025 19:42:00 | 1st Franklin Financial, 6335 Us Hwy 49, Suite 20, Hattiesburg, MS 39401 |
| 5574020 | + | Email/Text: bankruptcy@1ffc.com | Dec 09 2025 19:42:00 | 1st Franklin Financial Corporation, ATTN: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 5559581 | + | Email/Text: bankruptcy@curo.com | Dec 09 2025 19:42:00 | 1st Hertge Credit, 903 Robinson St, Waynesboro, MS 39367-2455 |
| 5559582 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 09 2025 19:51:29 | Affirm, Inc., P.O. Box 720, San Francisco, CA 94104-0720 |
| 5559586 | | Email/Text: bankruptcy@creditfresh.com | Dec 09 2025 19:37:00 | CBW/CreditFresh, 200 Continental Drive, Newark, DE 19713 |
| 5559584 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 09 2025 19:40:41 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5559585 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Dec 09 2025 19:42:00 | CashNetUSA, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5559588 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 09 2025 19:42:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 5559589 | + | Email/Text: lindsay.currie@communitybank.net | Dec 09 2025 19:42:00 | Community Bank, Pob 59, Forest, MS 39074-0059 |
| 5559590 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 09 2025 19:40:38 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5579661 | + | Email/Text: bankruptcy@curo.com | Dec 09 2025 19:42:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5559591 | + | Email/Text: FSBank@franklinservice.com | Dec 09 2025 19:42:00 | Franklin Collection Se, 2978 W Jackson St, Tupelo, MS 38801-6731 |
| 5588104 | + | Email/Text: bankruptcy@towerloan.com | Dec 09 2025 19:42:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5559593 | | Email/Text: Bkynotices@lendingpoint.com | Dec 09 2025 19:42:00 | LendingPoint LLC., 1201 Roberts Boulevard, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: n031 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| 5559594 | | Email/Text: sheri@masinc.org | | Kennesaw, GA 30144 |
| | | | Dec 09 2025 19:42:00 | Merchant Adjustment Se, 56 N Florida St, Mobile, AL 36607 |
| 5559595 | | Email/Text: sheri@masinc.org | Dec 09 2025 19:42:00 | Merchants Adjustment Service, P.O. Box 7511, Mobile, AL 36670 |
| 5575992 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Dec 09 2025 19:42:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5559596 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 09 2025 19:42:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 5567602 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 09 2025 19:42:00 | Premier Bankcard, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5559597 | + | Email/Text: angiec@mysfsinc.com | Dec 09 2025 19:42:00 | Southern Financial Sys, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5559598 | | Email/Text: bankruptcy@towerloan.com | Dec 09 2025 19:42:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5564710 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 09 2025 19:42:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Lincoln NE 68508-1904 |
| 5583269 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 09 2025 19:40:28 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5559599 | | Email/Text: twilliams@waynegeneralhospital.org | Dec 09 2025 19:37:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Arnissa Lachell Holloway trollins@therollinsfirm.com |

District/off: 0538-6 User: mssbad Page 3 of 3
Date Rcvd: Dec 09, 2025 Form ID: n031 Total Noticed: 29

    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51302−KMS
**Chapter:** 13

**In re:**

Arnissa Lachell Holloway
21 Sand Bed Loop
State Line, MS 39362

### Notice of Entry of Order Confirming Plan

The Court entered an Order on December 9, 2025 (Dkt. # 32 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: December 9, 2025                    Danny L. Miller, Clerk of Court