Fill in this information to identify the case:

Debtor 1  Arnissa Holloway

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case number  25-51302

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Community Bank of Mississippi     Court claim no. (if known): 3-1

Last 4 digits of any number you use to identify the debtor's account: 5 8 4 5

Date of payment change:
Must be at least 21 days after date of this notice    03/25/2026

New total payment: $ 1,351.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 292.11        New escrow payment: $ 511.11

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %           New interest rate: _____ %

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Debtor 1  **Arnissa Holloway**
First Name   Middle Name   Last Name

Case number (if known) **25-51302**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X _/s/ Angie Lindsey_     Date **2/4/26**
Signature

Print: **Angie Lindsey**     Title **Assistant Vice President**
First Name   Middle Name   Last Name

Company  **Community Bank of Mississippi**

Address  **732 Howard Ave**
Number   Street

**Biloxi**     **MS**   **39530**
City      State   ZIP Code

Contact phone  **228-295-8159**     Email **angie.lindsey@commu**

```
Community Bank of Mississippi                              Page     1
1905 Community Bank Way Ste 19
Flowood, MS 39232
(769) 305-0900


                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                           PROJECTIONS FOR COMING YEAR


Arnissa Lachell Holloway
9674 Vinegar Bend Road
Vinegar Bend AL 36584-6206




Re:  Loan #      50                                        1/26/26

This is an estimate of activity in your escrow account during the coming
year based on payments anticipated to be made from your account.

Month          Payments to      Payments from    Description      Escrow Account
               Escrow Account   Escrow Account                    Balance

Starting Balance: ..............................................    2,364.95-

Mar 2026         511.11              0.00                           1,853.84-
Apr 2026         511.11              0.00                           1,342.73-
May 2026         511.11              0.00                             831.62-
Jun 2026         511.11              0.00                             320.51-
Jul 2026         511.11              0.00                             190.60
Aug 2026         511.11              0.00                             701.71
Sep 2026         511.11          2,312.82        Prop/Wind/Flood    1,100.00-
Oct 2026         511.11              0.00                             588.89-
Nov 2026         511.11              0.00                              77.78-
Dec 2026         511.11            180.95        County Taxes         252.38
Jan 2027         511.11              0.00                             763.49
Feb 2027         511.11              0.00                           1,274.60

               6,133.32          2,493.77
```

Your projected current escrow balance is 2,364.95-. Your projected
starting escrow balance according to this analysis should be 1,273.82.
This means you have a deficiency of 2,364.95. This deficiency may be
collected from you over a period of 2 months or more unless the deficiency is
less than 1 month's deposit, in which case we have the additional option of
requesting payment within 30 days. After considering the deficiency, you still
have a remaining shortage of 1,273.82. This shortage may be collected
from you over a period of 12 months or more unless the shortage is less than
1 month's deposit, in which case we have the additional option of requesting
payment within 30 days. We have decided to collect the deficiency over 12
months and collect the shortage over 12 months.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your mortgage payment for the first 12 months of the coming year will be
1,351.00 of which 839.89 will be for principal and interest and
511.11 will go into your escrow account.

```
Community Bank of Mississippi                                    Page      1
1905 Community Bank Way Ste 19
Flowood, MS 39232



Arnissa Lachell Holloway
9674 Vinegar Bend Road
Vinegar Bend AL 36584-6206




                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                                 ACCOUNT HISTORY


Re:  Loan #        0                                        1/26/26


This is a statement of actual activity in your escrow account from
March 1, 2025 to February 28, 2026. Compare it to the Annual Escrow
Account Disclosure Statement Projections for Coming Year which was sent to
you on January 24, 2025 (another copy is enclosed).

Your monthly mortgage payment for the past year was 1,132.00 of which
839.89 was for principal and interest and 292.11 went into
your escrow account.



Month         Payments to        Payments from      Description       Escrow Account
              Escrow  Account    Escrow Account                       Balance

Starting Balance:  ..............................................     1,315.73-

Mar 2025         304.93 *             0.00                            1,010.80-
Apr 2025           0.00 *             0.00                            1,010.80-
May 2025          30.11 *             0.00                              980.69-
Jun 2025           0.00 *             0.00                              980.69-
Jul 2025         292.11               0.00                              688.58-
Aug 2025           3.48 *             0.00                              685.10-
Sep 2025           0.00 *             0.00                              685.10-
Oct 2025           0.00 *         2,312.82 *  Prop/Wind/Flood         2,997.92-
Nov 2025           0.00 *             0.00                            2,997.92-
Dec 2025         229.70 *           180.95 *  County Taxes            2,949.17-
Jan 2026         292.11               0.00                            2,657.06-
Feb 2026         292.11               0.00                            2,364.95-

               1,444.55           2,493.77
```

An Asterisk(*) indicates a difference from a previous estimate either in the
date or amount.

Last year, we anticipated that payments from your account would be made during
this period equaling 1,816.73. Under Federal law, your lowest monthly
balance should not have exceeded 302.78 or 1/6 of anticipated payments
from the account, unless your mortgage contract or State law specifies a lower
amount. Under your mortgage contract and State law, your lowest monthly balance
should not have exceeded 302.78. If you want a further explanation,
please call Bankruptcy Officer at (769) 305-0900

```
Community Bank of Mississippi                              Page      1
1905 Community Bank Way Ste 19
Flowood, MS 39232
(769) 305-0900


                    ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
                         PROJECTIONS FROM PREVIOUS YEAR


Arnissa Lachell Holloway
9674 Vinegar Bend Road
Vinegar Bend AL 36584-6206




Re:  Loan        60                                      1/26/26

This is an estimate of activity in your escrow account during the coming
year based on payments anticipated to be made from your account.

Month          Payments to      Payments from   Description      Escrow Account
               Escrow Account   Escrow Account                   Balance

Starting Balance: .....................................................  763.51-

Mar 2025         292.11            0.00                            471.40-
Apr 2025         292.11            0.00                            179.29-
May 2025         292.11            0.00                            112.82
Jun 2025         292.11            0.00                            404.93
Jul 2025         292.11            0.00                            697.04
Aug 2025         292.11            0.00                            989.15
Sep 2025         292.11        1,679.75         Prop/Wind/Flood    398.49-
Oct 2025         292.11            0.00                            106.38-
Nov 2025         292.11            0.00                            185.73
Dec 2025         292.11          136.98         County Taxes       340.86
Jan 2026         292.11            0.00                            632.97
Feb 2026         292.11            0.00                            925.08

               3,505.32        1,816.73
```

Your projected current escrow balance is 763.51-. Your projected
starting escrow balance according to this analysis should be 922.73.
This means you have a deficiency of 763.51. This deficiency may be
collected from you over a period of 2 months or more unless the deficiency is
less than 1 month's deposit, in which case we have the additional option of
requesting payment within 30 days. After considering the deficiency, you still
have a remaining shortage of 922.73. This shortage may be collected
from you over a period of 12 months or more unless the shortage is less than
1 month's deposit, in which case we have the additional option of requesting
payment within 30 days. We have decided to collect the deficiency over 12
months and collect the shortage over 12 months.

PLEASE KEEP THIS STATEMENT FOR COMPARISON WITH THE ACTUAL ACTIVITY IN YOUR
ACCOUNT AT THE END OF THE NEXT ESCROW ACCOUNTING COMPUTATION YEAR.

Your mortgage payment for the first 12 months of the coming year will be
1,132.00 of which 839.89 will be for principal and interest and
292.11 will go into your escrow account.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:

ARNISSA LACHELLE HOLLOWAY            NO. 25-51302 KMS

### CERTIFICATE

I, ROBERT ALAN BYRD, Attorney for Community Bank, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Mortgage Payment Change to the following:

Thomas C. Rollins, Jr., Attorney for Debtor, at **trollins@therollinsfirm.com**

David Rawlings, Trustee, at ecfnotices@rawlings13.net

**WITH A COPY MAILED TO:**

Arnissa Lachelle Holloway, Debtor
21 Sand Bed Loop
State Line, MS 39362

This the 10th day of February, 2026.

/S/ ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029