# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Arnissa Lachell Holloway, Debtor          Case No. 25-51302-KMS
                                                   CHAPTER 13

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage.
**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  March 2, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer Ann Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O Box 13767
                                           Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Arnissa Lachell Holloway, Debtor          Case No. 25-51302-KMS
                                                   CHAPTER 13

**MOTION TO ALLOW PAYMENT ARREARAGE**

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind due to a change of employment, which caused a temporary disruption in income and the ability to make timely plan payments.

3. The Debtor has since secured new employment and now has stable and sufficient income

4. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

5. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in March 2026.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on March 3, 2026, to:

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

             <u>/s/ Thomas C. Rollins, Jr.</u>
             Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-51302 |
|---|---|
| ARNISSA LACHELL HOLLOWAY | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 3/3/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/3/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>ARNISSA LACHELL HOLLOWAY | CASE NO: 25-51302<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 3/3/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/3/2026

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| CASE INFO | | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-51302<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>MON MAR 2 15-55-19 PST 2026 | COMMUNITY BANK<br>CO ROBERT ALAN BYRD<br>PO BOX 1939<br>BILOXI  MS 39533-1939 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ |
| 1ST FRANKLIN FINANCIAL<br>6335 US HWY 49<br>SUITE 20<br>HATTIESBURG  MS 39401 | 1ST FRANKLIN FINANCIAL CORPORATION<br>ATTN ADMINISTRATIVE SERVICES<br>PO BOX 880<br>TOCCOA  GA 30577-0880 | 1ST HERTGE CREDIT<br>903 ROBINSON ST<br>WAYNESBORO  MS 39367-2455 |
| AFFIRM  INC<br>PO BOX 720<br>SAN FRANCISCO  CA 94104-0720 | (P)W S BADCOCK CORPORATION<br>POST OFFICE BOX 724<br>MULBERRY FL 33860-0724 | (P)CREDIT FRESH<br>200 CONTINENTAL DRIVE SUITE 401<br>NEWARK DE 19713-4337 |
| CAPITAL ONE<br>PO BOX 31293<br>SALT LAKE CITY  UT 84131-0293 | CASHNETUSA<br>175 W JACKSON BLVD<br>SUITE 600<br>CHICAGO  IL 60604-2948 | CENTRAL FINANCE<br>PO BOX 539<br>WAYNESBORO  MS 39367-0539 |
| COMENITY BANK<br>PO BOX 183044<br>COLUMBUS  OH 43218-3044 | COMMUNITY BANK<br>POB 59<br>FOREST  MS 39074-0059 | COMMUNITY BANK OF MISSISSIPPI<br>ATT  A LINDSEY<br>732 HOWARD AVE<br>BILOXI MS 39530-3820 |
| CREDIT ONE BANK<br>PO BOX 98872<br>LAS VEGAS  NV 89193-8872 | FIRST HERITAGE<br>101 N MAIN ST STE 600<br>GREENVILLE  SOUTH CAROLINA 29601-4846 | FRANKLIN COLLECTION SE<br>2978 W JACKSON ST<br>TUPELO  MS 38801-6731 |
| GULFCO OF MISSISSIPPI  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | JONES CO JUNIOR COLLEG<br>900 S COURT ST<br>ELLISVILLE  MS 39437-3999 | (P)LENDINGPOINT<br>1201 ROBERTS BLVD<br>SUITE 200<br>KENNESAW GA 30144-3612 |
| | ~~EXCLUDE~~ | |
| (P)MERCHANTS ADJUSTMENT SERVICE  INC<br>ATTN ATTN SHERI<br>PO BOX 7511<br>MOBILE AL 36670-0511 | ~~(D)(P)MERCHANTS ADJUSTMENT SERVICE  INC~~<br>~~ATTN ATTN SHERI~~<br>~~PO BOX 7511~~<br>~~MOBILE AL 36670-0511~~ | MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON  MS 39225-2808 |
| NELNET<br>PO BOX 82561<br>LINCOLN  NE 68501-2561 | PREMIER BANKCARD  LLC<br>JEFFERSON CAPITAL SYSTEMS  LLC ASSIGNEE<br>PO BOX 7999<br>ST CLOUD  MN 56302-7999 | SOUTHERN FINANCIAL SYS<br>PO BOX 15203<br>HATTIESBURG  MS 39404-5203 |

```
                                                                                EXCLUDE

(P)TOWER LOAN                       US DEPARTMENT OF EDUCATION CO NELNET        UNITED STATES TRUSTEE
P O BOX 320001                      121 SOUTH 13TH STREET                       501 EAST COURT STREET
FLOWOOD MS 39232-0001               LINCOLN NE 68508-1911                       SUITE 6-430
                                                                                JACKSON  MS 39201-5022



                                                                                DEBTOR

VERIZON                             (P)WAYNE GENERAL HOSPITAL                   ARNISSA LACHELL HOLLOWAY
BY AIS INFOSOURCE LP AS AGENT       950 MATTHEW DRIVE                           21 SAND BED LOOP
4515 N SANTA FE AVE                 WAYNESBORO MS 39367-2590                    STATE LINE  MS 39362-5211
OKLAHOMA CITY  OK 73118-7901



EXCLUDE                             EXCLUDE

(P)DAVID RAWLINGS                   THOMAS CARL ROLLINS JR
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE  THE ROLLINS LAW FIRM  PLLC
PO BOX 566                          PO BOX 13767
HATTIESBURG MS 39403-0566           JACKSON  MS 39236-3767
```