United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51302-KMS
Arnissa Lachell Holloway Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 11, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2026:**

**Recip ID    Recipient Name and Address**
db    + Arnissa Lachell Holloway, 21 Sand Bed Loop, State Line, MS 39362-5211

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2026    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Robert Alan Byrd | on behalf of Creditor Community Bank rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Arnissa Lachell Holloway trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Mar 11, 2026 Form ID: pdf012 Total Noticed: 1
TOTAL: 5

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 11, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                                                                BANKRUPTCY CASE NO.
ARNISSA LACHELL HOLLOWAY                                                      25-51302 KMS

### AGREED ORDER DENYING TRUSTEE'S MOTION TO DISMISS

THERE CAME TO BE CONSIDERED the Trustee's Motion to Dismiss for Non-Payment (DK#35) and the parties having reached an agreement thereto hereby submit to the Court the following:

IT IS HEREBY AGREED AND ORDERED:

(A)   The Trustee's Motion to Dismiss is hereby denied.

(B)   A Motion to Suspend (DK#38) the current plan has been filed with the Court, which has been recommended for approval by the Trustee. If approved by the Court, the Debtor shall begin making full, regular, timely payments of the approved new plan payment due on or before March 03, 2026. Failing to make this payment or any full, regular, timely payment, on or before the above due date of any succeeding month thereafter, without first obtaining the Court's approval, the case will be dismissed without further notice or hearing.

(C)   The Debtor must at all times keep the Trustee fully advised regarding the Debtor's home address and the name and address of the Debtor's employer.

IT IS, THEREFORE, ORDERED that if said Motion to Suspend is denied, this Order is set aside simultaneously with the Order Denying the Motion to Suspend.

##END OF ORDER##

SUBMITTED BY:                                                    AGREED:

/s/ DAVID RAWLINGS, TRUSTEE                       /s/ THOMAS C. ROLLINS, JR
P.O. BOX 566                                                                   Attorney for Debtor
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net