IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


IN RE:        ARNISSA LACHELL HOLLOWAY,
              DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 25-51302-KMS

DAVID RAWLINGS, TRUSTEE


## TRUSTEE'S MOTION TO REVIEW
## NOTICE OF MORTGAGE PAYMENT CHANGE


COMES NOW, the Trustee, David Rawlings, by and through his attorney, and files this Motion to Review Community Bank of Mississippi's 2-10-2026 Notice of Mortgage Payment Change, and says:

1.      That the Confirmed Plan re-amortizes and provides for the payment of the mortgage crammed down debt, plus *Till* interest.   The Confirmed Plan provides for a monthly Special Claim for taxes/insurance in the amount of $292.11.

2.      That the Notice appears to relate to escrow advances for taxes/insurance.  The Notice appears to be a request to increase the existing monthly Special Claim to $511.11/month, beginning the month following the entry of an Order resolving this Motion.

WHEREFORE, PREMISES CONSIDERED, the Trustee files this Motion to Review said Notice, and prays for the approval of said increase, and for such other relief, either general or specific, as to which this Court may deem meet and proper.

Respectfully submitted,

DAVID RAWLINGS, TRUSTEE


−1−

–2–

BY:  */s/ Brian Wilson*
Brian Wilson,
His Attorney

Brian Wilson
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 99994

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded a true and correct copy of the foregoing Motion, via the Court's ecf filing system, to: the U. S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; Rollins Firm, P.O. Box 13767, Jackson, Mississippi 39236; and Community Bank of Mississippi, 732 Howard Ave., Biloxi, Mississippi 39530

So certified on this the 7th day of April 2026.

*/s/Brian Wilson*
Brian Wilson