IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI


IN RE:          ARNISSA LACHELL HOLLOWAY,
                DEBTOR(S)

                                                    CHAPTER 13 BANKRUPTCY
                                                    CASE NO.:   25-513032 -KMS
DAVID RAWLINGS, TRUSTEE

## NOTICE

TAKE NOTICE that Objections, if any, to the Trustee's Motion to Review (Docket #44), as set out therein, must be made within twenty-one (21) days of the date hereinafter set out, with the original of said Objection being filed with the Clerk of the United States Bankruptcy Court, 2012 15th Street, Gulfport, MS   39501, with a copy to the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201, and to Brian Wilson, Post Office Box 566, 1210 West Pine Street, Hattiesburg, MS 39403.

If no Objection is made to said Motion, the same will be submitted to the Court for *Ex Parte* review and approval.

This the April 7,2026.

                                        Respectfully submitted,

                                        DAVID RAWLINGS, TRUSTEE

                                        BY: _/s/Brian Wilson_____
                                              Brian Wilson,
                                              His Attorney



Brian Wilson
Attorney for Chapter 13 Trustee
Post Office Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Miss. Bar No. 99994

−1−

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have on this day forwarded, via the Court's ecf filing system, a true and correct copy of the foregoing Notice to: the US Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201; Rollins Firm, P.O. Box 13767, Jackson, Mississippi 39236; and Community Bank of Mississippi, 732 Howard Ave., Biloxi, Mississippi 39530

So certified on this the   April 7, 2026

_/s/Brian Wilson_____
Brian Wilson

−2−