United States Bankruptcy Court

Southern District of Mississippi

In re:

Arnissa Lachell Holloway

    Debtor

Case No. 25-51302-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 05, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Arnissa Lachell Holloway, 21 Sand Bed Loop, State Line, MS 39362-5211 |
| cr | + | Community Bank, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Christopher Wilson | on behalf of Trustee David Rawlings bwilson@rawlings13.net |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Robert Alan Byrd | on behalf of Creditor Community Bank rab@byrd-wiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Arnissa Lachell Holloway trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

District/off: 0538-6                         User: mssbad                                Page 2 of 2
Date Rcvd: May 05, 2026                      Form ID: pdf012                             Total Noticed: 2

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

25-51302-KMS   Dkt 52   Filed 05/07/26   Entered 05/07/26 23:39:23   Page 2 of 4

District/off: 0538-6                         User: mssbad                                Page 2 of 2
Date Rcvd: May 05, 2026                      Form ID: pdf012                             Total Noticed: 2

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

**SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 5, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  ARNISSA LACHELL HOLLOWAY,
    DEBTOR(S)

                 CHAPTER 13 BANKRUPTCY
                 CASE NO. 25-51302-KMS

DAVID RAWLINGS, TRUSTEE

## ORDER ON TRUSTEE'S
## MOTION TO REVIEW NOTICE OF MORTGAGE PAYMENT CHANGE

THIS DAY, THIS CAUSE came on to be heard on the Trustee's Motion to Review Community Bank of Mississippi's 2-10-2026 Notice of Mortgage Payment Change (Docket No. 36), and no Response having been filed, the Court finds the Motion is granted and that said Notice of Mortgage Payment Change is not allowed but shall be deemed a request to raise the monthly Special Claim for taxes/insurance.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plan is modified to raise the Community Bank of Mississippi's monthly Special Claim for taxes/insurance to $511.11/month, effective the month following the entry of this Order, and the Trustee is directed to adjust the Plan payment accordingly.

–1–

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a

final judgement as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule

58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/ Brian Wilson, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 99994
bwilson@rawlings13.net